IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD D. LADD, )
)
    Plaintiff )
)
vs. ) CIVIL ACTION NO.
)
) 97-AR-2476-S
CROWN CENTRAL PETROLEUM )
CORPORATION, )
)
    Defendant )

### MEMORANDUM OPINION

The court is not sure whether its order entered on September 17, 1997, and the motion to remand filed by plaintiff, Ronald D. Ladd, on September 19, 1997, passed in the mail. In any event, the motion to remand reflects that the jurisdictional amount, which was previously enigmatic, was reduced by amendment to below "$75,000.00 exclusive of interest and costs" prior to the removal, even though the amendment had not then been served on defendant. It is for this reason that a separate order of remand will be entered but without taxing the costs against the removing defendant.

DONE this 19th day of September, 1997.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE